UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CINDY BURNETT,

    Plaintiff,

-vs-                        CASE NO.:  6:18-CV-02004-ORL-28-LRH

WESTLAKE SERVICES, LLC,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Cindy Burnett, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  James R. Liebler, II, Esquire and Ira Scot Silverstein, Esquire, Liebler, Gonzalez & Portuondo, Courthouse Tower - 25th Floor 44 West Flagler Street, Miami, FL  33130 (JRLII@lgplaw.com and ISS@lgplaw.com).

    */s/ Jason R. Derry, Esquire*
    Jason R. Derry, Esquire
    Florida Bar No.: 0036970
    Morgan & Morgan, Tampa, P.A.
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile:  (813) 257-0577
    jderry@ForThePeople.com
    jkneeland@ForThePeople.com
    *Attorney for Plaintiff*