**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CINDY BURNETT,

    Plaintiff,

-vs-                                        CASE NO.:  6:18-CV-02004-ORL-28-LRH

WESTLAKE SERVICES, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff, Cindy Burnett, and the Defendant, Westlake Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 28th day of October, 2019.

| | |
|---|---|
| **/s/ Jason R. Derry, Esquire** | **/s/ James R. Liebler II, Esquire** |
| Jason R. Derry, Esquire | JAMES R. LIEBLER II |
| Florida Bar No.: 36970 | Florida Bar No. 115348 |
| Morgan & Morgan, Tampa, P.A. | Email: JRLII@lgplaw.com |
| One Tampa City Center | IRA SCOT SILVERSTEIN |
| 201 North Franklin Street, Suite 700 | Florida Bar No. 0009636 |
| Tampa, Florida 33602 | Email: ISS@lgplaw.com |
| Telephone: (813) 223-5505 | **LIEBLER, GONZALEZ & PORTUONDO** |
| Facsimile:  (813) 257-0577 | Courthouse Tower - 25th Floor |
| Primary Email: JDerry@ForThePeople.com | 44 West Flagler Street |
| Secondary: RKnowles@ForThePeople.com | Miami, FL 33130 |
| *Attorney for Plaintiff* | Telephone: (305) 379-0400 |
| | Fax: (305) 379-9626 |
| | *Attorneys for Defendant* |