**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CINDY BURNETT,

    Plaintiff,

v.   Case No: 6:18-cv-2004-Orl-28LRH

WESTLAKE SERVICES, LLC,

    Defendant.

## ORDER

In light of the Joint Stipulation of Dismissal with Prejudice (Doc. 27), which is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to lift the stay and administrative closure of this case and then to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on October 29, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record